# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLADYS RODRIGUEZ SEIPLE, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 20-5650 |
| | : | |
| TWO FARMS, LLC, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 13th day of February, 2021, it is **ORDERED** that Defendant's Partial Motion to Dismiss Plaintiff's ADA Claim (ECF No. 6) is **DENIED**.[1]

                                                                                            s/ANITA B. BRODY, J.
                                                                                            ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] Defendant also moved to dismiss Plaintiff's PHRA claims for failure to exhaust administrative remedies. On February 8, 2021, defense counsel stated on the record during the Rule 16 conference that he would waive the argument to dismiss Plaintiff's PHRA claims if the Court denied Defendant's motion to dismiss the ADA claim.  Because Defendant's motion to dismiss Plaintiff's ADA claim is denied, the Court deems Defendant's motion to dismiss Plaintiff's PHRA claims withdrawn.